UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUONSONG MENORATH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., and BAC )<br>HOME LOANS SERVICING, LP, )<br>)<br>Defendants. )<br>) | Civil Action No. 10-11461-JGD |

## ASSENTED-TO ADDENDUM TO MOTION TO DISMISS

The defendants Bank of America, N.A. and BAC Home Loans Servicing, LP, with the assent of counsel for the plaintiff, hereby submit the following addendum to their Motion to Dismiss:

Request for Oral Argument Pursuant to Local Rule 7.1.(D)

The defendants believe that oral argument may assist the Court in assessing the issues presented in the instant Motion to Dismiss and wish to be heard.

                                              BAC HOME LOANS SERVICING, LP, and
                                              BANK OF AMERICA, N.A.,
                                              By its Attorneys,


                                             /s/  Matthew A. Kane
                                             Donn A. Randall, BBO# 631590
                                             Matthew A. Kane, BBO# 666981
                                             Bulkley, Richardson and Gelinas, LLP
                                             98 North Washington Street, Suite 500
                                             P.O. Box 9750
                                             Boston, MA  02114
                                             Tel: (617) 368-2500
                                             Fax: (617) 368-2525

Dated: September 30, 2010
drandall@bulkley.com
mkane@bulkley.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Matthew A. Kane, hereby certify that I have spoken with counsel for the plaintiff regarding the relief requested in the instant motion and that he has assented to the requested addendum.

 /s/ Matthew A. Kane
Matthew A. Kane

## CERTIFICATE OF SERVICE

I, Matthew A. Kane, hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 30th day of September, 2010.

 /s/  Matthew A. Kane
Matthew A. Kane